Jason Flanders (Bar No. 238007)
Andrea Kopecky (Bar No. 276366)
SAN FRANCISCO BAYKEEPER, INC.
785 Market Street, Suite 850
San Francisco, California 94103
Telephone: (415) 856-0444
Facsimile: (415) 856-0443
Email: jason@baykeeper.org
Email: andrea@baykeeper.org

Jodene Isaacs (State Bar No. 226895)
ENVIRONMENTAL ADVOCATES
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376, (510) 847-3467
Facsimile: (415) 358-5695
Email: jisaacs@enviroadvocates.com

Attorneys for Plaintiff
BAYKEEPER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BAYKEEPER, a non-profit corporation, | Civil Case No. C 11-06687-NC |
| Plaintiff, | Hon. Nathanael Cousins |
| v. | **NOTICE OF SETTLEMENT;** |
| SVENDSEN'S BOAT WORKS, INC., | **[PROPOSED] ORDER DISMISSING COMPLAINT (Fed. R. Civ. P. 41(a)(2))** |
| Defendant. | |

**TO THE COURT AND TO THE PARTIES:**

**PLEASE TAKE NOTICE** that Plaintiff Baykeeper ("Baykeeper") and Defendant Svendsen's Boat Works, Inc. ("Svendsen's") (collectively, the "Parties") have reached a settlement in this action, which has been executed by the Parties (the "Agreement"). The Agreement is attached as Exhibit 1. As required by federal law, a copy of the Agreement was sent to the U.S. Department of Justice and to the U.S. Environmental Protection Agency for a mandatory 45-day review period under Section 135.5 of Title 40 of the Code of Federal Regulations. The 45-day review period commenced on April 9, 2012. On May 16, 2012, the U.S. Department of Justice approved the Agreement. *See* Exhibit 2.

Consistent with the settlement of this action, the Parties hereby respectfully request that the Court 1) approve the Agreement, and 2) dismiss the case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) subject to retaining jurisdiction over the Parties with respect to resolving disputes arising under the Agreement following the entry of this Order. If any court of competent jurisdiction subsequently finds that the Court lacks jurisdiction to resolve any dispute that may arise under this Agreement and to enforce this Agreement in accord with the Court's resolution of the dispute, the Parties stipulate that (1) they will jointly request the Court to set aside dismissal of the Complaint and to reinstate the Complaint for the sole purpose of providing the Court jurisdiction to resolve the dispute and enforce this Agreement accordingly, and (2) should the Court decline to do so, this Agreement shall be deemed a binding contract enforceable as a contract by the California Superior Court for the County of Alameda.

1 <center>**[PROPOSED] ORDER**</center>

2

3 After consideration of the Settlement Agreement between the Parties, and GOOD CAUSE

4 APPEARING,

5 IT IS HEREBY ORDERED THAT the Complaint filed in this action on December 29, 2011, is hereby

6 DISMISSED WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(a)(2), subject to the

7 Court having and retaining jurisdiction over the Parties with respect to resolving disputes arising under

8 the Settlement Agreement following the entry of this Order;

9

10

11 **IT IS SO ORDERED**

12

13 Date: May 24, 2012                     NORTHERN DISTRICT OF CALIFORNIA

14

15                                        _____

16                                        Honorable Nathanael Cousins
                                           United States District Court

17